DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Southern Equip. Co. v. Laura & Assocs.<br><br>Case Below:<br>169 N.C. App. 456 | No. 229P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-747) | Denied<br>06/30/05 |
| State v. Adams<br><br>Case Below:<br>168 N.C. App. 729 | No. 196P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-616) | Denied<br>05/04/05 |
| State v. Allah<br><br>Case Below:<br>168 N.C. App. 190 | No. 103P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-391) | Denied<br>06/30/05 |
| State v. Bacon<br><br>Case Below:<br>168 N.C. App. 408 | No. 136P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-617) | Denied<br>05/04/05 |
| State v. Bailey<br><br>Case Below:<br>169 N.C. App. 456 | No. 255P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1147) | Denied<br>06/30/05 |
| State v. Bennett<br><br>Case Below:<br>168 N.C. App. 240 | No. 101P05 | 1.  Def's NOA Based Upon a Constitutional Question (COA04-214)<br><br>2.  AG's Motion to Dismiss Appeal<br><br>3.  Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>05/04/05<br><br>3. Denied<br>05/04/05 |
| State v. Bennett<br><br>Case Below:<br>157 N.C. App. 717 | No. 331P03-2 | Def's  PWC to Review the Decision of the COA (COA02-572) | Denied<br>06/30/05 |
| State v. Boyd<br><br>Case Below:<br>169 N.C. App. 204 | No. 239P05 | Def's PWC to Review the Decision of the COA (COA04-216) | Denied<br>06/30/05 |
| State v. Branch<br><br>Case Below:<br>162 N.C. App. 707<br>359 N.C. 406 | No. 095PA04 | AG's Motion to Stay Mandate, to Reconsider, or to Remand to Court of Appeals (COA03-350) | Denied<br>**04/26/05** |